# EXHIBIT A

Tendered    17-C-908197    08/21/2018        David L. Nicholson, Jefferson Circuit Clerk

Case No. 17-C-908197                                    JEFFERSON DISTRICT COURT
                                                           *Filed Electronically*

Chestnut Ridge Apartments                                               PLAINTIFF

v.                               **ORDER**

Eryn and Dominic Griffin                                                DEFENDANT

\*     \*     \*     \*     \*

Defendants' motion to vacate the Judgment for Forcible Entry and Detainer entered in this case on July 14, 2017 is HEREBY GRANTED. This Court's Judgment for Forcible Entry and Detainer of July 14, 2017 is HEREBY VACATED.

Date: _____        Signed: _____
                             Judge, Jefferson District Court

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
SEP 12 2018
BY _____ DEPUTY CLERK

Tendered by:

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:  (502) 473-6525
Fax:  (502) 473-6561
james@kyconsumerlaw.com

Tendered    17-C-908197    08/21/2018        David L. Nicholson, Jefferson Circuit Clerk